# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 7:12:19 PM
CHRISTOPHER A. PRINE
Clerk

**DATE: Feb. 18, 2015**

### NOTICE OF APPEALS
### ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:      14TH  COURT OF APPEALS**

**From:    Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:   2014-42122**

**VOLUME _____   PAGE _____    OR     IMAGE # 63290889**

**DUE   02-20-15                      ATTORNEY TBN #24027992**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH**

**DATE ORDER SIGNED:      11-19-14**

**MOTION FOR NEW TRIAL/REQUEST FOR FINDINGS OF FACT; DATE: FILED    12-18-14**

**REQUEST TRANSCRIPT DATE FILED       NONE**

**NOTICE OF APPEAL DATE FILED       2-17-15**

**NUMBER OF DAYS: ( CLERKS RECORD )  120 - POST TRIAL MOTION FILED; MOTION FOR NEW TRIAL**

**FILE ORDERED:  YES ☐  NO ☒  IMAGED FILED:  YES ☒  NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC , C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/PHYLLIS WASHINGTON_
**PHYLLIS WASHINGTON, Deputy**

BC      NOTICE OF APPEAL FILED
BG       NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -      ACCELERATED APPEAL
OA       NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA       AMENDED NOTICE OF APPEAL

CAUSE NO. 2014-42122

| | | |
|---|---|---|
| D. PATRICK SMITHERMAN, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, T E X A S |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| Defendant. | § | 270th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

D. Patrick Smitherman, Plaintiff in the above-entitled and numbered cause, hereby gives notice of a desire to appeal to the Court of Appeals for the First or Fourteenth Judicial District of Texas from the Final Judgment in this cause rendered on November 19, 2014.

Respectfully Submitted,

**D. PATRICK SMITHERMAN**

By _____

D. Patrick Smitherman
State Bar No. 24027992
448 W. 19th Street, Suite 115
Houston, Texas 77002
Telephone: (832) 712-1842

*Pro Se* **Plaintiff**

## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy hereof was served on February 17, 2015, in accordance with the Texas Rules of Civil Procedure:

Randall B. Clark
McGuireWoods LLP
600 Travis Street, Suite 7500
Houston, Texas 77002


D. Patrick Smitherman

2

9/19/2014 9.47:55 AM
Chris Daniel - District Clerk
Harris County
Envelope No· 2552364
By· PRINCE, SASHAGAYE S

CAUSE NO. 2014-42122

| | | |
|---|---|---|
| D PATRICK SMITHERMAN, | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| v | § | HARRIS COUNTY, TEXAS |
| | § | |
| BANK OF AMERICA, N A , | § | |
| | § | |
| DEFENDANT. | § | 270TH JUDICIAL DISTRICT |

## ORDER

The Court, having considered the Rule 91a Motion to Dismiss of Defendant Bank of America, N A ("BANA"), all materials contained therein, all papers filed in response thereto, all evidence admitted in connection therewith, and all pleadings on file, finds that BANA's Motion to Dismiss should be granted  It is therefore,

ORDERED that BANA's Motion to Dismiss is hereby GRANTED in its entirety, and that all claims asserted by Plaintiff D  Patrick Smitherman against BANA are hereby DISMISSED WITH PREJUDICE

SIGNED this _19_ day of _____, 2014.

_____
JUDGE PRESIDING

RECORDER'S MEMORANDUM
This instrument is of poor quality,
at the time of imaging

CAUSE NO. 2014-42122

| | | |
|---|---|---|
| D. PATRICK SMITHERMAN, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, T E X A S |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | 270th JUDICIAL DISTRICT |

## PLAINTIFF'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW D. Patrick Smitherman, Plaintiff, and files this Motion for New Trial, hereby moving this Court to set aside the judgment rendered on November 19, 2014, and in support of this motion would show the following:

The trial court erred in granting the Defendant's Motion to Dismiss for the following reasons:[1]

**Point of Error No. 1:**

In contravention to Rule 91, the trial court considered the evidence attached to the Motion to Dismiss in granting the Motion to Dismiss, rather than relying purely on the pleadings.[2]

**Point of Error No. 2:**

Plaintiff's claim under the Texas Fair Debt Collection Practices Act relative to the forced-placed policy issue was not discovered until July of 2014 (after the First Foreclosure Litigation was dismissed) and therefore was not actually litigated in the First Foreclosure Litigation nor could it have been litigated as it was not known by Plaintiff at that time.

---

[1] The first foreclosure litigation between the parties shall be referred to herein as the "First Foreclosure Litigation".

[2] Exhibit C to the Motion to Dismiss was Defendant's Traditional and No-Evidence Motion for Summary Judgment, which included in support excerpts of Plaintiff's deposition and discovery responses.

1

**Point of Error No. 3:**

Plaintiff's claim for nondisclosure fraud relative to the forced-placed policy issue was not discovered until July of 2014 (after the First Foreclosure Litigation was dismissed) and therefore was not actually litigated in the First Foreclosure Litigation nor could it have been litigated as it was not known by Plaintiff at that time.

**Point of Error No. 4:**

Plaintiff's claim for an accounting relative to the forced-placed policy issue was not discovered until July of 2014 (after the First Foreclosure Litigation was dismissed) and therefore was not actually litigated in the First Foreclosure Litigation nor could it have been litigated as it was not known by Plaintiff at that time.

**Point of Error No. 5:**

Plaintiff's claim for unjust enrichment relative to the forced-placed policy issue was not discovered until July of 2014 (after the First Foreclosure Litigation was dismissed) and therefore was not actually litigated in the First Foreclosure Litigation nor could it have been litigated as it was not known by Plaintiff at that time.

**Point of Error No. 6:**

Plaintiff's claim for conversion relative to the forced-placed policy issue was not discovered until July of 2014 (after the First Foreclosure Litigation was dismissed) and therefore was not actually litigated in the First Foreclosure Litigation nor could it have been litigated as it was not known by Plaintiff at that time.

**Point of Error No. 7:**

Plaintiff's claim for breach of contract relative to the forced-placed policy issue was not discovered until July of 2014 (after the First Foreclosure Litigation was dismissed) and therefore was not actually litigated in the First Foreclosure Litigation nor could it have been litigated as it was not known by Plaintiff at that time.

**Point of Error No. 8:**

Plaintiff's claim for declaratory judgment was not ripe for litigation during the First Foreclosure Litigation, and therefore was not actually litigated in the First Foreclosure Litigation nor could it have been litigated.

2

WHEREFORE Plaintiff D. Patrick Smitherman respectfully requests that this Court grant the Motion for New Trial, and for such other and further relief of whatsoever nature to which he may show himself justly entitled to.

Respectfully Submitted,

**D. PATRICK SMITHERMAN**

By _____

D. Patrick Smitherman
State Bar No. 24027992
448 W. 19th Street, Suite 115
Houston, Texas 77002
Telephone: (832) 712-1842

***Pro Se* Plaintiff**

## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy hereof was served on December 18, 2014, in accordance with the Texas Rules of Civil Procedure:

Randall B. Clark
McGuireWoods LLP
600 Travis Street, Suite 7500
Houston, Texas 77002

_____

D. Patrick Smitherman

3

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    FEB 18, 2015(C1)
INT6510              CIVIL CASE INTAKE              OPT: _____ - INT
                   GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 201442122__ PJN> __  TRANS NUM: _____ CURRENT COURT: 270 PUB? _
CASE TYPE: FORECLOSURE-OTHER            CASE STATUS: CASE ON APPEAL
STYLE: SMITHERMAN, D PATRICK        VS BANK OF AMERICA N A
=============================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
_    00003-0001 AGT       BANK OF AMERICA N A (FOREIGN P
_    00002-0001 DEF 24043940 BANK OF AMERICA N A           D  STINER TOOMER
_    00001-0001 PLT 24027992 SMITHERMAN, D PATRICK            SMITHERMAN, D




==> (3) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```